**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6725**

———————

ERIC M. MCMILLIAN; DARRYL LAFACE,

                Plaintiffs - Appellants,

        v.

SHERIFF DONNIE HARRISON; CANTEEN FOOD SERVICES; SHAW FOOD
SERVICES COMPANY,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
Chief District Judge.  (5:13-ct-03259-D)

———————

Submitted:  October 20, 2014        Decided:  October 28, 2014

———————

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eric M. McMillian, Darryl LaFace, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric M. McMillian and Darryl LaFace appeal the district court's order and judgment dismissing their 42 U.S.C. § 1983 (2012) civil rights complaint, which they filed while detained at the Wake County Detention Center. For the reasons that follow, we affirm the judgment.

The district court first denied McMillian's request to proceed without prepayment of the filing fee, found that McMillian did not allege that he was under imminent danger of serious physical injury, and dismissed him from the action pursuant to 28 U.S.C. § 1915(g) (2012). We have reviewed the record, including the dismissal orders identified as qualifying strikes pursuant to § 1915(g), and find no reversible error. Accordingly, we affirm McMillian's dismissal from the suit for the reasons stated by the district court. See McMillian v. Harrison, No. 5:13-ct-03259-D (E.D.N.C. Mar. 4, 2014).

The district court later dismissed without prejudice the claims raised by LaFace. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because neither the informal brief nor the supplemental informal brief challenges this aspect of the district court's disposition, LaFace has forfeited appellate review of the court's order.

Accordingly, while we grant leave to proceed on appeal in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>